# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:11-CR-113** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **ITOHAN AGHO-ALLEN,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of October, 2016, upon consideration of the motion (Doc. 400) to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 filed by defendant Itohan Agho-Allen, and the parties' respective briefs in support of and opposition to said motion (Docs. 401-1, 408-410), and in accordance with the court's memorandum of the same date, it is hereby ORDERED that the motion (Doc. 400) to vacate, set aside, or correct defendant's conviction is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania