# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 1:11-CR-113** |
| : | |
| v. : | **(Chief Judge Conner)** |
| : | |
| **ITOHAN AGHO-ALLEN,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 29th day of November, 2016, upon consideration of the request for a certificate of appealability (Doc. 428) filed by petitioner Itohan Agho-Allen ("Agho-Allen"), wherein Agho-Allen requests permission to appeal the court's memorandum and order (Docs. 426-27) denying her motion (Doc. 400) to vacate, set aside, or correct her conviction and sentence, and the court observing that a habeas petitioner attempting to appeal must obtain a certificate of appealability, see 28 U.S.C. § 2253(c)(1)(B), which may issue only when a petitioner has made a "substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), or has demonstrated "that reasonable jurists would find the district court's assessment of the constitutional claim debatable or wrong," Slack v. McDaniel, 529 U.S. 473, 484 (2000), and the court concluding, for all of the reasons set forth in its initial memorandum, (see Doc. 426), that Agho-Allen has not made such showings, it is hereby ORDERED that Agho-Allen's request (Doc. 428) for a certificate of appealability is DENIED.

    /S/ Christopher C. Conner  
Christopher C. Conner, Chief Judge  
United States District Court  
Middle District of Pennsylvania